1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EDWARD FRAYER,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BANK OF AMERICA; RECONTRUST CO.; DOES 1 to 10,<br><br>　　　　　　　Defendants. | Case No.  CV12-04460<br><br>[~~PROPOSED~~] SUPPLEMENTAL ORDER RE: STIPULATION TO EXTEND TIME |

1  **[~~PROPOSED~~] SUPPLEMENTAL ORDER**
2  **RE: STIPULATION TO EXTEND TIME**

3  Having already considered the parties' Stipulation to Extend Time filed on
4  September 7, 2012 [Doc 16], and Ordering the corresponding continuance of the Case
5  Management Conference and time to file Joint Case Management Statement by Court
6  Order entered September 10, 2012 [Doc 18],

7  THE COURT ORDERS, in accordance with the September 7, 2012 Stipulation
8  between the parties:

9  1. Defendants' deadline to file a Response to the Complaint shall be
10     continued from September 12, 2012, to October 12, 2012; and
11  2. Plaintiff's deadline to file a Motion for Remand shall be continued from
12     October 3, 2012 to November 2, 2012.

13  IT IS SO ORDERED.

15  Date: Ugr vgo dgt '3; , 2012  _____
16  Hon. PcwnS. Grewal
    Magistrate Judge, U.S. District Court

136045.38973/95090594v.1                                1

**[~~PROPOSED~~] SUPPLEMENTAL ORDER RE: STIPULATION TO EXTEND TIME [CASE NO.  CV12-04460]**