1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JACK EDWARD FRAYER, | Case No. CV12-04460 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] SUPPLEMENTAL ORDER RE: STIPULATION TO EXTEND TIME |
| vs. |  |
| BANK OF AMERICA; RECONTRUST CO.; DOES 1 to 10, |  |
| Defendants. |  |

# [~~PROPOSED~~] SUPPLEMENTAL ORDER
# RE: STIPULATION TO EXTEND TIME

Having already considered the parties' Stipulation to Extend Time filed on September 7, 2012 [Doc 16], and Ordering the corresponding continuance of the Case Management Conference and time to file Joint Case Management Statement by Court Order entered September 10, 2012 [Doc 18],

THE COURT ORDERS, in accordance with the September 7, 2012 Stipulation between the parties:

1. Defendants' deadline to file a Response to the Complaint shall be continued from September 12, 2012, to October 12, 2012; and
2. Plaintiff's deadline to file a Motion for Remand shall be continued from October 3, 2012 to November 2, 2012.

IT IS SO ORDERED.

Date: Ugrvgo dgt'3; , 2012

Hon. PcwnS. Grewal
Magistrate Judge, U.S. District Court

136045.38973/95090594v.1

1

[~~PROPOSED~~] SUPPLEMENTAL ORDER RE: STIPULATION TO EXTEND TIME [CASE NO.  CV12-04460]